Decided October 10, 2007

RICHARD JONES *v.* COMMISSIONER OF CORRECTION

The petitioner Richard Jones' petition for certification for appeal from the Appellate Court (AC 25983) is denied.

*Richard Jones*, pro se, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided October 10, 2007